IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY L. GRUWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-845-***-LPS |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |

**AUTHORIZATION**

I, Jeffrey L. Gruwell, SBI # 233532 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _January 3rd_, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _January 3rd_, 2008.

_____
Signature of Plaintiff

FILED
JAN 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

B) scanned

Jeffrey Caldwell #233532
P.O. Box 9561
H.R.Y.C.I.
Wilm, DE
19801

Sent on January 17th 2008

U.S.M.S
X-RAY

Office of the Clerk
United States District Court
844 N. King St. Lock Box 18
Wilm, DE
19801

WILMINGTON DE 197
15 JAN 2008 PM 3 T