To: The Clerk of the Court
From: Jeffrey L. Chwell #233532
RE: verifying of recieved 285 forms
Date: June 19th 08

I'm writing this letter asking whom ever it may concern, Could you please send me a letter as soon as your time permits verifying you have recieved the U.S. Marshall 285 forms.

I have had some issues with the mail here at Howard R. Young Correctional Inst. and want to make sure that the court recieves the paper work in time; so it can be properly served upon the defendants.

I appriciate your time and consideration concerning this issue.

Thanks again,
Jeffrey L. Chwell #233532
H.R.Y.C.I
P.O.Box 9561
Wilm, DC
19801



FILED
JUN 2 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Jeffrey Caldwell
H.R.Y.C.I
P.O. Box 9561
Wilm, De
19801

U.S.M.S. X-RAY



Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilm De
19801

INMATE
LEGAL MAIL