OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 23, 2008

TO:

Jeffrey L. Gruwell
SBI# 233532
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE: UNITED STATES MARSHAL 285 FORMS - DEFICIENCY NOTED
CIV. NO. 07-845 GMS**

Dear Mr. Gruwell:

    Please be advised that this office has received United States Marshal 285 forms for all defendants except for the Attorney General for the State of Delaware.

    Please submit a new United States Marshal 285 form for the Attorney General for the State of Delaware. Upon receipt of the form, your complaint will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                              Sincerely,

/rwc                                        PETER T. DALLEO
                                                CLERK

cc: The Honorable Gregory M. Sleet
enc. USM 285 form