To: Clerk of Court
From: Jeffrey. L. Gruwell #233532
RE: Civ. No. 07-845-GMS
Date: June 26th 08

I'm writing this letter in regards to your most recent correspondance.

I' would like to say I over looked the number of copies appreciate you sending this one to me.

I appreciate your time and Consideration concerning this matter.

Sincerely
Jeffrey L. Gruwell #233532
H.R.Y.C.I
P.O. Box 9561
Wilm, De
1980


FILED
JUL 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

S. Gluwell #233532
H.R.Y.C.I.
P.O. Box 9561
Wilm, DE
19809

Sent on - 6-26-08

U.S. Distric Court
C/o Clerk of Court
844 King Street,
Lock Box 18
Wilm, DE
19801





INMATE LEGAL MAIL