OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 3, 2008

TO:

Jeffrey L. Gruwell
SBI# 233532
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE:   UNITED STATES MARSHAL 285 FORMS - DEFICIENCY NOTED**
**      CIV. NO. 07-845-GMS**

Dear Mr. Gruwell:

Please be advised that this office has received United States Marshal 285 forms for all defendants *except* the Attorney General for the State of Delaware.

Please submit a new United States Marshal 285 form for *the Attorney General for the State of Delaware*.  Upon receipt of the form, your complaint will be forwarded to the United States Marshal for service in accordance with the Court's orders. Please find enclosed a copy of the Court's order and a blank USM 285 Form.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/dzs

PETER T. DALLEO
CLERK

cc:  The Honorable Gregory M. Sleet
enc: USM 285 Form and copy of Service Order