To: Peter T. Dalleo
From: Jeffrey L. Cohwell # 233532
RE: in regards to your recent correspondence dated July 3rd 08 Court 07-845-GMS
Date: July 7th 08

This letter is in regards to your most recent correspondence dealing with the U.S. Marshall form for AG's office. I sent (1) out on July 3rd 08 and I'm sending this one, I really appreciate your time concerning this issue, as I told you before I'm having trouble with the mail here at Howard R. Young. I would like to say thank you, and I hope to hear from you concerning this issue, Could you please respond stating if you have recieved this last form

Thanks again

Jeffry L. Cohwell



F I L E D

JUL - 9 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ori: Copy to Court
cc: my Copy

Delaway #323532
H.R.Y.C.I
P. Box 9561
Smyrna, De
19801

(Sent on July 7th 08)

Office of the Clerk
United States District Court
c/o Peter T. Dalleo
844. N. King Street Lock Box 18
Wilm, De
19801

INMATE
LEGAL
MAIL

U.S.M.S
X-RAY



UNITED STATES POSTAGE
PITNEY BOWES
02 1A     $ 00.42°
00046155572     JUL 08 2008
MAILED FROM ZIP CODE 19802