OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 9, 2008

Jeffrey L. Gruwell
SBI# 233532
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE: UNITED STATES MARSHAL 285 FORMS - DEFICIENCY NOTED
CIV. NO. 07cv845 GMS**

Dear Mr. Gruwell:

Apparently you misunderstood our 7/3/08 letter.  In that letter we requested that you complete and return a USM 285 form for the Delaware Attorney General.  Instead you submitted an additional form for CMS.  The Delaware Attorney General must also be served with a copy of your complaint.  Please complete and return the enclosed USM form 285 for the Delaware Attorney General.  The address follows:

> Attorney General for the State of Delaware
> Department of Justice
> 820 North French Street
> Wilmington, DE 19801

Upon receipt of the form(s), your complaint will be forwarded to the United States Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rwc                                    PETER T. DALLEO
                                        CLERK
 enc.
cc: The Honorable Gregory M. Sleet