CA07-8456MS

To: Peter T. Dalleo
From: Jeffrey L. Cruwell #235530
RE: to case # 07-845-GMS
Date: July 10th 08

I would like to apolgize for my
mistake requesting the U.S. Marshall forms in the
above case. I misunderstood your letter and
appriciate your patience requesting this issue

Sincerly

Jeffrey L. Cruwell # 235530



Office of The Clerk
United States District Court
C/o Peter T. Dalleo
844 N King Street Lock Box 18
Wilm, De



WILMINGTON DE 197

UNITED STATES POSTAGE
$ 00.59°
02 1A
0004611572
MAILED FROM ZIP CODE 19802
JUL 14 2008