UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY L. GRUWELL, | : |
| Plaintiff, | : C.A. No. 07-845 GMS |
| v. | : |
| CORRECTIONAL MEDICAL SERVICES, INC. | : |
| Defendant. | : |

ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendants Correctional Medical Services, Inc. This entry of appearance is not a waiver of any defense available to defendant and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Correctional Medical Services, Inc.

Date: August 7, 2008